United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE TROUT,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No. 16-CV-05698-YGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Re: Dkt. No.26, 36, 46, 50, 68, 71** |

In light of Plaintiff's Statement (Dkt. No. 71) in Response to March 21, 2017 Order (Dkt. No. 70), this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 29, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**